UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                    CHAPTER 13

BETH A. QUITNO                                            CASE NO. 10-73532

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Fifth Third Bank                    **Court claim #: 1**

**Last four digits** of any number used to identify the debtor's account: 3963

---

*Final Cure Amount*

Amount of Prepetition Arrears        $11,182.34 (per creditor's proof of claim)

Amount Paid by Trustee               $ 8,000.00

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐    Thru the Chapter 13 Plan          ☒    Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/8/2014                    /s/Lydia S. Meyer
                                      Lydia S. Meyer, Trustee
                                      308 W. State St., Suite 212
                                      Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 8th Day of October, 2014.

Dated:   10/8/2014                    /s/Cynthia K. Burnard

FIFTH THIRD BANK
ATTN: BANKRUPTCY DEPT MS:RSCB3E
1830 EAST PARIS SE
GRAND RAPIDS, MI 49546

FIFTH THIRD BANK
PO BOX 829009
DALLAS, TX 75382-9009

LAW OFFICES OF TERRI M. LONG
2056 RIDGE ROAD
HOMEWOOD, IL  60430

BETH A. QUITNO
393 TULIP CT.
BELVIDERE, IL  61008

ATTORNEY CHARLES T. SEWELL
215 SOUTH STATE STREET
BELVIDERE, IL  61008